IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Criminal No. 4:18-CR-104
    18 U.S.C. § 922(d)
    18 U.S.C. § 924(a)(2)

JOE CRAWFORD,

    Defendant.

---

## ORDER ON MOTION TO ALLOW SALE OF CERTAIN ASSETS

---

This matter is before the Court on Defendant's motion to sell certain assets. Having considered the matter on the motion and at today's hearing, the court finds the motion, to the extent agreed to by the government and defendant as more particularly described hereafter, is GRANTED.

As announced on the record today, Defendant is permitted to legally transfer his lawful ownership of firearms and knives, not heretofore seized by the government, pending the outcome of this criminal matter. Provided however, he must do so without taking possession of such weaponry, and he must use a federal firearm licensee(s) to accomplish such sale(s).

**SO ORDERED**, this November 2, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE