IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 4:18-CR-104

JOE CRAWFORD

**ORDER**

On October 21, 2020, Joe Crawford moved to continue his November 2, 2020, trial date. Doc. #199. As grounds, Crawford represents that he

> is informed and believes that there has been a rise in COVID-19 cases in the State of Mississippi since the court's order of September 11, 2020. The government has represented that it will call as witnesses two persons presently incarcerated. It is known that the COVID-19 pandemic is much greater among incarcerated persons than the general population. [Crawford] avers that for the health and well-being of defendant, his witnesses and and [sic] all other persons connected with this trial that a continuance would be in order.

*Id.* at 1 (paragraph numbering omitted). Crawford further represents that the government will not oppose his motion for a trial continuance.[1] *Id.* at 2.

For these reasons, the Court, recognizing the significance of the current public safety issues associated with the pandemic,[2] concludes that the ends of justice served by continuing trial outweigh the best interest of the public and Crawford in a speedy trial. Accordingly, trial is continued until **Monday, January 11, 2021**.[3] To the extent either party believes it necessary to file a pre-trial motion at this stage, such party must file a motion seeking leave to do so on or before **November 2, 2020**. The delay from this date until the commencement of such trial shall be

---

[1] The government advised the Court during the October 21 status conference that it does not oppose a continuance.

[2] The Court's earlier findings regarding the impact of the pandemic are incorporated here. *See* Doc. #182.

[3] In preparation for trial, the parties must review the Northern District of Mississippi's Protocols for Reopening Courthouses and Resuming Normal Operations. *See* https://www.msnd.uscourts.gov/news/ndms-reopening-protocols.

excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

    **SO ORDERED**, this 22nd day of October, 2020.

                                                                     /s/Debra M. Brown
                                                                    **UNITED STATES DISTRICT JUDGE**